[No. 13063-1-III.    Division Three.    May 16, 1996.]

NEIL C. BUREN, *Respondent*, v. ANDERSON CREEK SCHOOL, *Defendant*, LARRY KATZ, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-2-01304-8, Susan L. Hahn, J., entered January 29, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Thompson, J., dissenting.

[No. 13664-7-III.    Division Three.    May 16, 1996.]

RAYMOND L. COTTLE, JR., *Respondent*, v. WILLIAM D. COTTLE, *Individually and as Personal Representative, Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-2-01217-5, James M. Murphy, J., entered October 27, 1993. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 14090-3-III.    Division Three.    May 16, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. ISMAEL DELGADO, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-1-00031-8, Duane E. Taber, J., entered May 20, 1994. *Reversed* by unpublished opinion per Munson, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 14392-9-III.    Division Three.    May 16, 1996.]

*In the Matter of the Marriage of* ANGELIKA M. MOSKALONEK, *Appellant*, and EDWARD MOSKALONEK, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 82-3-00549-3, Michael E. Donohue, J., entered September 16, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.